UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE LEMIRE ) | CASE NUMBER: |
| ) | |
| Plaintiff, ) | COMPLAINT |
| ) | |
| v. ) | JURY TRIAL |
| ) | DEMANDED |
| CAVALRY PORTFOLIO SERVICES, LLC ) | |
| Defendant ) | |
| ) | JANUARY 26, 2009 |

## I. INTRODUCTION

1. This is a suit brought by a consumer against Defendant collection agency for violation of the Fair Debt Collection Practices Act ("FDCPA").

## II. PARTIES

2. Plaintiff, Jeanne Lemire, is a natural person residing in Cromwell, Connecticut.

3. Defendant, Cavalry Portfolio Services, LLC ("CPS"), is a Delaware limited liability company with a principal place of business in Hawthorne, NY and is engaged in the practice of debt collection in Connecticut.

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337.

5. This Court has jurisdiction over CPS because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. Prior to April 22, 2008, Cavalry had received an assignment of an account that was originated by Bank of America and which was claimed to be owed by Plaintiff.

8. On April 22, 2008, Plaintiff's counsel notified Cavalry in writing that Plaintiff was an identity theft victim, that future communication should be with counsel and not with the plaintiff, and that Plaintiff refused to pay the debt. A true copy of the letter is attached as Exhibit A.

9. On or about December 17th, Cavalry wrote to Plaintiff's counsel requesting that it be contacted by January 25, 2009 to discuss resolution of the account. The letter cautioned that if there was no response by that date, then Cavalry would proceed to contact the plaintiff directly. A true copy of the December 17 letter is attached as Exhibit B.

10. Cavalry wrote directly to the plaintiff in an attempt to collect a debt on December 18, 2008, prior to the January 25, 2009 deadline stated in the December 17 letter. A true copy of the December 18 letter is attached as Exhibit C.

## V. CLAIM FOR RELIEF

WHEREFORE, the Plaintiff seeks recovery of actual damages; monetary damages pursuant to 15 U.S.C. § 1692k; and attorney's fees and costs pursuant to 15 U.S.C. § 1692k.

**PLAINTIFF, JEANNE LEMIRE**

By: _____
Daniel S. Blinn, ct02128
dblinn@consumerlawgroup.com
Matthew W. Graeber ct27545
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457

# EXHIBIT A

**Daniel S. Blinn**
Attorney
Telephone (860) 571-0408 *ext* 101
Facsimile (860) 571-7457
dblinn@consumerlawgroup.com

April 22, 2008

Cavalry Portfolio Services
P.O. Box 27288
Tempe, AZ, 85285

Re:   Jeanne Lemire
      AC#: 12253560, formerly Bank of America
      AC#: 4427-1000-3287-5267 (see attached letter)

To Whom It May Concern:

This letter is to inform you that Mrs. Lemire is represented by our firm. At this time we ask that you cease all communications with Mrs. Lemire and instead direct any further communications to us.

Mrs. Lemire is a victim of Identity Theft. This account noted above is one of many that were opened without her knowledge or authorization. She is not responsible for it and will not pay it. Please delete this account from any consumer credit report to which you have reported it. At the very least, the account should be listed as disputed. Also, please pull this account from any collection agency you may have assigned it to as further debt collection activity could place liability on you under Connecticut law for attempting to collect a disputed debt.

Thank you for your cooperation in this matter.

Sincerely,

Daniel S. Blinn/jc

enclosures

**CLG**
**CONSUMER LAW GROUP** llc

35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067

tel. 860 ■ 571 ■ 0408
fax 860 ■ 571 ■ 7457

lawyer@consumerlawgroup.com

**EXHIBIT B**



7 SKYLINE DRIVE HAWTHORNE NY 10532 PO Box 1030, Hawthorne, NY 10532 (800) 501-0909
(914) 347-1973 (FAX)

DECEMBER 17, 2008

**Consumer Law Group**
Attn: Joshua Cohen

35 Cold Spring Rd Suite 512

Rocky Hill, CT 06067

RE:  Client Name:            Jeanne M. Lemire
     Original Institution:   BANK OF AMERICA
     Original Account Number: 4427100032875267
     Cavalry Reference Number: 12253560
     Balance Due:            $15,932.65

Dear Joshua Cohen

I have left several messages for you to contact me regarding your client's account with Cavalry Portfolio Services, LLC. To date, you
have failed to respond to these messages. I am sending this letter to you in a final attempt to make contact with you.

Please contact me by 25-JAN-2009 to discuss resolution of your client's account.   If I do not hear from you by this date, I will only be
able to assume that is no longer your client. As a result, I will proceed to contact him/her directly in accord with Section 1692c(a)(2)
of the Fair Debt Collection Practices Act.

You may contact me directly at during regular business hours.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that
purpose.

Sincerely,

Christine Acosta


1-866-483-5139 ext 13476

Compliance Department

Cavalry Portfolio Services, LLC



**EXHIBIT C**

7 SKYLINE DRIVE HAWTHORNE NY 10532  PO Box 1030, Hawthorne, NY 10532  (800) 501-0909
(914) 347-1973  (FAX)

DECEMBER 18, 2008

JEANNE M LEMIRE
539 MAIN ST 2

CROMWELL CT  06416-1418

RE:  Original Institution:          BANK OF AMERICA
     Original Account Number:       4427100032875267
     Cavalry Reference Number:      12253560
     Balance Due:                   $ 15,939.19
     VAR_ATTY_LABEL

Dear JEANNE M LEMIRE:

Cavalry Portfolio Services, LLC has been notified of your dispute regarding account # 12253560, stating you have been a victim of identity theft. In order to properly process this fraud claim you must fill out the enclosed **FRAUD STATEMENT OF DISPUTE** form completely.

In addition, you **must include** copies of the following items for identification purposes:

_____ Copy of Social Security Card and/or Proof of Citizenship
_____ Copy of State issued Driver's License or State issued Identification Card
_____ Copy of Police report
_____ Copy or actual proof of residence at the time the account was established
       (example: utility bill, bank statement, credit card statement or tax documentation)

If you have been issued a Social Security Card but it is not available, you must include official documentation from the Social Security Administration identifying your Social Security number.
If a Driver's License is not available, you must include copy of Military ID or Passport.

When completed, please return the *notarized* **FRAUD STATEMENT OF DISPUTE** form, along with all identification items listed above. Cavalry Portfolio Services, LLC will then process the fraud claim.

**All requested information must be provided in full for the dispute to be processed.**

Thank you for your cooperation in this matter.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
Customer Service Department